# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SAUL PELLOT,

      Plaintiff,

v.                                                    Case No:   6:22-cv-1584-RBD-DCI

AMERICAN DEALER, LLC,

      Defendant.

_____

## <u>ORDER OF DISMISSAL</u>

This cause is before the Court upon the Joint Notice of Settlement filed on November 30, 2022 (Doc. 15), indicating that this case has settled.   Accordingly, it is **ORDERED AND ADJUDGED**:

1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2.    All pending motions are denied as moot and all deadlines and hearings are terminated.

3.    The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 1, 2022.

ROY B. DALTON JR.
United States District Judge